UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARIANA ESCOBAR, et al., | CASE NO. CV10-09273-AHM (SSx) |
|---|---|
| Plaintiff(s), | ORDER REMOVING CASE FROM ACTIVE CASELOAD |
| v. | |
| MASON DALE WILLIAMS, *et al.*, | |
| Defendant(s). | |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown by June 1, 2011, to reopen this action if settlement is not consummated.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: May 2, 2011

A. HOWARD MATZ
United States District Judge